AO 442 (Rev. 01/09) Arrest Warrant

12:30

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

RECEIVED
UNITED STATES MARSHAL
10:26 am, Nov 15 2023
WESTERN NORTH CAROLINA
CHARLOTTE

FILED
Charlotte
Nov 20 2023
U.S. District Court
Western District of N.C.

| United States of America | ) |
|---|---|
| v. | ) |
| MATTHEW JOHNSON | ) Case No. 5:23-cr-56-KDB |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MATTHEW JOHNSON,

who is accused of an offense or violation based on the following document filed with the court:
☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Wire Fraud - 18 U.S.C. § 1343
Tax Evasion - 26 U.S.C. § 7201

Date: 11/14/2023

*Issuing officer's signature*

City and state: Charlotte, North Carolina

Katherine H. Simon, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 11-15-2023, and the person was arrested on *(date)* 11-16-2023
at *(city and state)* Iredell, NC.

Date: 11-16-2023

*Arresting officer's signature*

Summer Norton, Special Agent
*Printed name and title* IRS-CI

Case: 5:23-cr-00056-KDB-SCR *SEALED* Document 4 Filed 11/14/2023 Page 1 of 1